FILED'10 MAR 2 9 27USDC-ORP

Robert S Simon
Attorney at Law
OSB 90120/ WSB 20382/CASB 187823
PO Box 820035
Portland, Oregon
97282-1035
(503)-577-3946
(503)-417-8766
Robert@RSSimonlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### (Portland)

| | |
|---|---|
| JOHN CARUGHI, | No. 3:10-cv-0175-BR |
| Plaintiff(s), | ORDER |
| vs. | TEMPORARY RESTRAINING ORDER - ORDER TO SHOW CAUSE |
| THE MONEY MARKET, an assumed business name of WOO SHIN (PETER) LIM, and BEAVERTON PAWN, INC., an Oregon corporation. | |
| Defendant(s). | |

**THIS CASE:** The Motion for a Preliminary Injunction by the Plaintiff John Carughi, by and through attorney Robert S Simon of The Robert S Simon Law Firm is set for hearing March 2, 2010 at 1:30 before this court. Through a stipulation of the parties herein, the date for the hearing is re-set to April 14, 2010 at 1:30 before this court. The Temporary Restraining Order issued in this case, dated February 17, 2010 (Docket #6), is hereby continued in full force and effect until the conclusion of the hearing on April 14, 2010 at 1:30 unless otherwise ordered by the court.

1--    3:10-cv-0175-BR

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

The date for the hearing is re-set to April 14, 2010 at 1:30 before this court. The Temporary Restraining Order issued in this case, dated February 17, 2010 (Docket #6), is hereby continued in full force and effect until the conclusion of the hearing on April 14, 2010 at 1:30 unless otherwise ordered by the court.

**DONE AND ORDERED** in chambers at Portland, Oregon

DATED: March 2, 2010

TIME: 9:10 a.m./p.m.

_____
Judge

SUBMITTED this March 1, 2010

BY:

_____
Robert S Simon
OSB 90120/ WSB 20382/CASB 187823
for The **Robert S Simon Law Firm**
Attorneys for Plaintiff John Carughi

STIPULATION TO ENTRY OF ORDER:

_____
Tim Resch, OSB 983317
Samuels Yoelin Kantor Seymour & Spinrad LLP
Attorneys for Defendant, The Money Market and Woo Shin (Peter) Lim

_____
Patrick Cadiz OSB 020362
Law Office of Patrick G. Cadiz LLC
Attorneys for Defendant, Beaverton Pawn Inc.,