TIMOTHY J. RESCH, OSB No. 983317
*TResch@SamuelsLaw.com*
SAMUELS YOELIN KANTOR LLP
3800 U.S. Bancorp Tower
111 SW Fifth Ave.
Portland, OR 97204
tel:   (503) 226-2966
fax:  (503) 222-2937

*Of attorneys for* Defendant/Third-Party Plaintiff
    Woo Shin "Peter" Lim dba The Money Market

IN THE UNITED STATES DISTRICT COURT OF THE STATE OF OREGON
DISTRICT OF OREGON
(Portland Division)

| | |
|---|---|
| JOHN CARUGHI,<br><br>             Plaintiff,<br><br>v.<br><br>THE MONEY MARKET, an assumed business name of WOO SHIN (PETER) LIM; and BEAVERTON PAWN, INC., an Oregon corporation,<br><br>             Defendants. | Case No. 3:10-cv-0175-BR<br><br>**JUDGMENT ON COUNTERCLAIMS** |
| WOO SHIN ("PETER") LIM, doing business as THE MONEY MARKET,<br><br>             Third-Party Plaintiff,<br><br>v.<br><br>CARY CARUGHI, individually<br><br>             Third-Party Defendant. | |

**JUDGMENT IN A CIVIL ACTION**

Based upon the Order of this court dated September *9*, 2013, the court now orders

Page 1 of 2 – Civil Judgment

that:

Third-Party Plaintiff Woo Shin ("Peter") Lim, doing business as The Money Market, recover from John Carughi the amount of Six Thousand dollars ($6,000.00) plus post-judgment interest of nine percent (9%) per annum, on the Second Claim For Relief of Unjust Enrichment.

SUBMITTED BY:

Timothy J. Resch
OSB No. 983317
(503) 226-2966
Attorney for Defendant/Third-Party Plaintiff
Woo Shin ("Peter") Lim, doing business as
The Money Market

Date: September 9, 2013

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE